**Order filed May 1, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00214-CR

_____

## BRITTANY REDDEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6**

**Tarrant County, Texas**

**Trial Court Cause No. 1204249**

## O R D E R

This appeal has become unduly stalled due to the failure of Appellant's retained counsel, Wm. Reagan Wynn, to file an appellate brief. The brief was originally due on October 14, 2013. This court has granted four motions for extension of time to file Appellant's brief, and counsel has now filed a fifth motion for extension despite this court's letter dated April 3, 2014, in which this court

directed counsel to file an appellate brief on or before April 11, 2014, "with no further extensions."  As of this date, we have not received Appellant's brief. Counsel has ignored this court's directive.

By this order, Wm. Reagan Wynn is ORDERED to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Tuesday, May 6, 2014**.  At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.  If Appellant's brief has not been e-filed by **3:00 p.m. on Tuesday, May 6, 2014**, Wm. Reagan Wynn is ORDERED to appear in person at that time in the courtroom of the Eleventh Court of Appeals at 100 West Main Street in Eastland, Texas, to explain the inordinate delay in the preparation of Appellant's brief.

PER CURIAM


May 1, 2014

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.